AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Tan 1995-2005 Chevrolet S-10 Blazer<br>with fictitious Arizona license plate PMA8MH. | Case No. 22-9246 MB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

YOU ARE COMMANDED to execute this warrant on or before  8/9/2022  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  7/26/2022@4:35pm       */s/ ESWillett*
                                              *Judge's signature*

City and state: <u>Phoenix, Arizona</u>         <u>Honorable EILEEN S. WILLETT, U.S. Magistrate Judge</u>
                                              *Printed name and title*

## ATTACHMENT A

### Vehicle to be searched

1995-2005 Chevrolet S-10 Blazer tan in color, two stickers in rear window, with fictitious Arizona license plate PMA8MH. Parked at 4007 North 19th Street, Phoenix, Arizona.




## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Any firearms, firearms accessories, and firearms cases;
2. Any firearms ammunition including Cartridge Case Live Ammo (CCLA) (unfired bullets, live ammunition), Cartridge Case (CC) (spent shell casings), and Ballistic projectiles;
3. Cellular telephones or any other electronic storage devices;
4. Notebooks, calendars, journals, documents or other items identifying or indicating the ideology, motivation, preparation, and planning related to bank robberies, or any other robberies;
5. Diaries, journals, ledgers, photographs, maps, or other personal records indicating Albert Lamae's locations or activities leading up to the February 18 2022, and July 25 2022 robberies;
6. Receipts, forms, and other documents related to the purchase of firearms and ammunition;
7. Indicia of ownership of Target Vehicle;
8. Documents related to the ownership of any firearms;
9. Any and all information/records that would tend to show that the crime Bank Robbery has been committed and/or information or records that would assist in identifying the other individuals associated with these crimes.  This includes all records, whether stored on paper or electronic/magnetic media, such as tapes, cassettes, diskettes, mobile telephones, computers, or other electronic devices, together with indicia of use, ownership, possession, or control of these records.
10. Clothing worn during robberies either pictured or reported by witnesses to include: Black ballcap with "Nike" logo, Blue long sleeve shirt with "ABC Moving" logo on back, blue jeans, black shoes, yellow ballcap with "Sun Devils" on front, yellow or green construction shirt ,and a green cloth facemask.

11. Fingerprints
12. Deoxyribonucleic acid (DNA)

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Tan 1995-2005 Chevrolet S-10 Blazer<br>with fictitious Arizona license plate PMA8MH. | Case No.   22-9246 MB |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the District of Arizona, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 2314 | Bank Robbery |

The application is based on these facts:

**See attached Affidavit of Task Force Officer Raymond Pauwels**

☒ Continued on the attached sheet.
☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Brett A. Day

**BRETT DAY** Digitally signed by BRETT DAY
Date: 2022.07.26 15:49:38 -07'00'

Sworn to and signed electronically.

Date: 7/26/2022 @ 4:35pm

City and state: Phoenix, Arizona

_____
*Applicant's Signature*

Raymond Pauwels, FBI
*Printed name and title*

_____
*Judge's signature*

Honorable EILEEN S. WILLETT, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Vehicle to be searched

1995-2005 Chevrolet S-10 Blazer tan in color, two stickers in rear window, with fictitious Arizona license plate PMA8MH. Parked at 4007 North 19th Street, Phoenix, Arizona.

 

## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Any firearms, firearms accessories, and firearms cases;
2. Any firearms ammunition including Cartridge Case Live Ammo (CCLA) (unfired bullets, live ammunition), Cartridge Case (CC) (spent shell casings), and Ballistic projectiles;
3. Cellular telephones or any other electronic storage devices;
4. Notebooks, calendars, journals, documents or other items identifying or indicating the ideology, motivation, preparation, and planning related to bank robberies, or any other robberies;
5. Diaries, journals, ledgers, photographs, maps, or other personal records indicating Albert Lamae's locations or activities leading up to the February 18 2022, and July 25 2022 robberies;
6. Receipts, forms, and other documents related to the purchase of firearms and ammunition;
7. Indicia of ownership of Target Vehicle;
8. Documents related to the ownership of any firearms;
9. Any and all information/records that would tend to show that the crime Bank Robbery has been committed and/or information or records that would assist in identifying the other individuals associated with these crimes.  This includes all records, whether stored on paper or electronic/magnetic media, such as tapes, cassettes, diskettes, mobile telephones, computers, or other electronic devices, together with indicia of use, ownership, possession, or control of these records.
10. Clothing worn during robberies either pictured or reported by witnesses to include: Black ballcap with "Nike" logo, Blue long sleeve shirt with "ABC Moving" logo on back, blue jeans, black shoes, yellow ballcap with "Sun Devils" on front, yellow or green construction shirt ,and a green cloth facemask.

11. Fingerprints
12. Deoxyribonucleic acid (DNA)

## AFFIDAVIT IN SUPPORT OF APPLICATIONS FOR SEARCH WARRANTS

I, Raymond Pauwels, a Task Force Officer with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for search warrants to search the following property, which is currently located in the District of Arizona:

A: 4007 N. 19th Street, Phoenix, Arizona (hereafter, "**Target Residence**").
Located within **Target Residence**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B** hereto and incorporated herein by reference.

B. 1995-2005 Chevrolet S-10 Blazer tan in color, two stickers in rear window. Parked at 4007 N. 19th Street with fictitious Arizona license plate PMA8MH. Located within **Target Vehicle 1**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B** hereto and incorporated herein by reference.

C. 1997 Ford Mustang red in color with Arizona license plate XTA2WE, parked at 4007 N. 19th Street. Located within **Target Vehicle 2**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B** hereto and incorporated herein by reference.

2. I am a Task Force Officer with the Federal Bureau of Investigation's (FBI) Violent Crime Task Force. I have been a Police officer since March 1997, and a member of the Violent Crime Task Force since February 2020. Prior to being assigned to the Violent Crime Task Force, I investigated robberies, armed robberies, kidnappings, car jackings, burglaries, and purse snatches as a detective for the Phoenix Police Department.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses and law enforcement officers working the investigation. This affidavit is intended merely to show that there is

sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Your Affiant, along with investigators from Phoenix Police Department and FBI, is investigating a series of bank robberies that occurred between on or about February 18th, 2022 and July 25th, 2022. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that, within the **Target Residence, Target Vehicle 1,** and **Target Vehicle 2** there is evidence, fruits, and instrumentalities of criminal violations of 18 U.S.C. §§ 2113 (Bank Robbery) that occurred within the District of Arizona. There is also probable cause to search the location described in **Attachments A** for evidence, instrumentalities, contraband, and fruits of these crimes as further described in **Attachment B**.

5. I learned the facts contained in this affidavit from my own investigation and from the investigation of other law enforcement officers. The facts of which show there is probable cause to believe that the requested records and information are material to the investigation of the activities of the known and unknown suspects, in violation of Title 18 USC § 2113(a) Bank Robbery. All U.S. currency stolen during this series was federally insured by the Federal Deposit Insurance Corporation ("FDIC").

## PROBABLE CAUSE

6. Your Affiant, along with investigators from Phoenix Police Department and FBI, is investigating a series of three bank robberies that occurred between February 18th, 2022 and July 25th, 2022. The first robbery was committed by a single unknown **SUSPECT-1.** The second and third robberies were committed by the now known **Suspect** Albert Lamae. This affidavit is in support of a search of Lamae's residence and vehicles, **Target Residence, Target Vehicle 1,** and **Target Vehicle 2.**

### Summary of Bank Robberies to Date

7. <u>Robbery #1 February 18th, 2022: First Chase Bank, located at 2620 E. Camelback Road, Phoenix, Arizona.</u> At approximately 2:11 p.m., **SUSPECT-1** entered the Chase Bank, wearing a ballcap, green cloth facemask, green or yellow construction shirt, jeans,

2

no gloves, a tan backpack, and a brown wallet. **SUSPECT-1** approached the victim-teller opened his wallet and presented a demand-note. The note read "This is not a joke, give me all your 100's and bundles." He also stated "this is not a joke." The victim teller complied and gave the suspect $11,472 in U.S. Currency. The suspect left the bank through the southwest doors.

8. **SUSPECT-1** is described as a Hispanic male, 45-50 years old, 6' tall, approximately 180 pounds with a medium build.

9. Surveillance video from a neighboring business shows **SUSPECT-1** leave the Chase Bank in an older model red Ford Mustang with a white roof and black wheels.



10. <u>Robbery #2 July 25th, 2022: National Bank of Arizona, located at 4040 E. Camelback Road. Phoenix, Arizona.</u> At approximately 9:41 a.m., **SUSPECT-1** later identified as Albert Joseph Lamae entered the National Bank of Arizona, wearing a Black ballcap with a "Nike" logo, blue long sleeve shirt with "ABC Moving" logo on the back, and blue jeans. **SUSPECT-1** Lamae approached the victim-teller, presented a demand note indicating he wanted all of the cash, he had a gun and had nothing to lose. The suspect had no verbal communication with the teller. The victim teller complied and gave the suspect $1,124.00 U.S. Currency and he left the bank on foot.

11. **SUSPECT-1** Lamae is described as a Hispanic male, 40-50 years old, 5'7" tall, approximately 165 pounds.

12. Surveillance video from a business within the same building showed an older model tan Chevy S-10 Blazer in the parking lot at the time of the robbery. An employee

from the neighboring business noticed the Blazer in the parking lot prior to the robbery and noticed the driver exited the Blazer and walked toward the bank. The male passenger then moved to the driver seat. The employee was shown photographs of the suspect in the bank and confirmed the suspect was the same male he saw driving the Blazer when it arrived. The employee was not able to get a license plate, however recalled two stickers on the back window of the Blazer.



13.    Robbery #3 July 25th, 2022: Chase Bank, located at 15665 N. Hayden Road, Scottsdale, Arizona. At approximately 2:55 p.m., **SUSPECT-1** now identified as Lamae entered the Chase Bank and approached the victim teller. Lamae then handed the teller a demand note that indicated he wanted all the money, he had a gun., and had nothing to lose. The victim complied and gave Lamae $497.00 U.S. Currency and exited the bank.

14.    **Suspect-1** Lamae is described as a Hispanic male, 60 years old, 5'10" tall, and approximately 185 pounds.

15.    Surveillance video from Chase Bank shows that the suspect in this case is the same suspect as the first incident based on physical description, clothing, and demand notes.

4



## Investigation

16. On July 25 2022, Detectives from the FBI Violent Crimes Task Force responded to two separate bank robberies. The suspect description, modus operandi, and demand notes were very similar. Detectives reviewed video surveillance from each incident, and it was clear it was the same suspect.

17. Detectives had a vehicle description from the National Bank of Arizona based on witness observations and surveillance video. This suspect vehicle information was provided to Scottsdale detectives who checked surrounding businesses and red light cameras in the area.

18. Detectives found that at the red-light camera located southbound Scottsdale Rd. and Cheney Dr. had captured a violation of a Tan Chevrolet S-10 Blazer at approximately 3:08 p.m. This vehicle matched the photographs of the suspect vehicle including the stickers in the rear window. The Blazer in the red-light photograph had an Arizona license plate PMA8MH.

19. Detectives researched AZ/PMA8MH and found it to be registered to a 1997 red Ford Mustang, registered to Albert Lamae, to an address at 4007 N. 19th Street, Phoenix, Arizona.

20. Detectives pulled an Arizona drivers license photo of Albert Lamae, and it appeared to be the same person who robbed both banks and was in the red-light camera photograph driving the Chevy Blazer.

21.     Detectives created a photo lineup and showed it to the victim teller of Robbery #3 and Albert was identified as the suspect who robbed the Chase bank.

22.     On July 26 2022, Detectives set up surveillance at 4007 N. 19th Street and located the listed Chevy Blazer that still had Arizona plate PMA8MH on it. Parked next to the blazer was a 1997 red Ford Mustang with Az plate XTE2WE. Detectives learned that this plate was previously assigned to the Ford Mustang and had since been assigned the new license plate PMA8MH, which is currently on the Blazer. This residence and both vehicles are currently under surveillance by detectives.

23.     On July 26 2022, Detectives contacted the victim and witnesses of Robbery #2 and showed a photo lineup of Albert Lanae. One witness employee identified Albert as the suspect who committed the robbery and a second employee indicated Albert appeared to be the suspect but was not certain.

24.     Detectives noticed that the 1997 Ford Mustang appeared to be the suspect vehicle involved Robbery #1. This Mustang is unique in fact that it has a white roof and the remainder of the vehicle is red. This vehicle also has black custom wheels. Detectives compared photographs of the Mustang located at 4007 N. 19th Street to those on the day of Robbery #1 and they appear to be the same vehicle. The suspect physical description and modus operandi in robbery #1 are also similar to robberies #2 and #3.

25.     Detectives learned that Albert Lamae has an extensive criminal history that includes convictions for a string of bank robberies that took place between January and March 2006. Albert was sentenced to 12 years in Arizona Department of Corrections.

### REQUEST FOR AUTHORIZATION

26.     Based on the foregoing, your Affiant believes there is probable cause to believe the items referenced in Attachment B from (A) the residence located at 4007 N. 19th Street, Phoenix, Arizona, as those items are relevant and related to the investigation of

criminal violation of 18 U.S.C. §§ 2113 (a) (Bank Robbery and incidental crimes) that occurred within the District of Arizona.

28. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

RAYMOND PAUWELS
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to electronically this 26th day of July, 2022.

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge